**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-00858-REB

WILDEARTH GUARDIANS,

      Petitioner.

vs.

TAMARA CONNER, in her official capacity as District Ranger, Leadville Ranger District, San Isabel National Forest, United States Forest Service, and

UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture,

      Federal Respondents.

_____

**DECLARATION OF KEVIN MUELLER IN SUPPORT OF
PLAINTIFF'S OPENING BRIEF**

_____

    I, Kevin Mueller, declare as follows:

    1.     The facts set forth in this declaration are based on my personal knowledge.  If called as a witness in these proceedings, I could and would testify competently to these facts. I personally took the photographs included in this declaration. All of the photos accurately represent what I observed on the days that I took the photos.

    2.     I reside in Salt Lake City, Utah.

    3.     I am an employee and member of WildEarth Guardians, a 501(c)(3) nonprofit corporation with 121,059 members that advocates for environmental protection in the American West.  I've been a WildEarth Guardians member since about the summer of 2013. Prior to that I was a member of Utah Environmental Congress (UEC), a nonprofit

corporation that merged with WildEarth Guardians in December 2013. I was a UEC member since 1999. The mission of WildEarth Guardians is to protect and restore the wildlife, wild places, wild rivers, and health of the American West. To fulfill this mission, WildEarth Guardians has a Wild Places Program. The aim of the Wild Places Program is, among other things, to protect National Forests in the Southern Rockies from logging projects and timber sales. This is particularly so when the forests at risk from such projects provide important habitat for Threatened, Endangered, and Forest Service Sensitive species. I am the Utah-Southern Rockies Conservation Manager. My National Forest Protection campaign is within the Wild Places Program. I personally support WildEarth Guardians and work for the organization because I support and believe strongly in the organization's mission.

4.     In furtherance of its mission, WildEarth Guardians actively watchdogs Forest Service proposals to log or otherwise cut down forests in the Southern Rockies, and to ensure that the environmental impacts are kept in check. Timber sales and similar vegetation reduction projects that log thousands of acres of high elevation forests on Forest Service lands in the Southern Rockies consistently cause the most significant damage to sensitive wildlife habitat, and degrade and destroy public lands.

5.     WildEarth Guardians has been actively engaged in protection of National Forest habitats from large destructive logging plans since our inception 26 years ago. Indeed, the organization originally formed due to a controversial and destructive logging proposal on a National Forest in the southern end of the Southern Rockies, near Santa Fe, New Mexico. WildEarth Guardians has significant interests in the preservation of intact ecosystems full of healthy populations of native wildlife. As such, WildEarth

Guardians has vast interests in the Tennessee Creek project area, and in particular in the wildlife–including Canada lynx, wolverine, and elk–that call it home (or that use it as a travel corridor).

6.    <u>Description of Project.</u> The Tennessee Creek Project ("Project") is on the Leadville Ranger District of the San Isabel National Forest and the Eagle-Holy Cross Ranger District of the White River National Forest in Colorado. The Project authorizes more than 12,000 acres (18.75 square miles) of logging units inside the larger 16,000 acre Project area. The Project authorizes 2,370 acres of clear cutting and 6,765 acres of commercial thinning.  9,480 acres of mapped lynx habitat will be inside cutting units. All of the above necessitated authorization to construct 20 miles of temporary roads, and opening 1.5 miles of previously closed roads within the Project area.

7.    <u>Location.</u>  The Project area is roughly geographically located between Leadville, Colorado and Aspen, Colorado. The Project area is located near Colorado's tallest peak, Mt. Elbert. The Project area is located near Colorado's second tallest peak, Mt. Massive. The Project area is bisected by the Continental Divide National Scenic Trail. The Project area is located near a number of federal Wilderness areas and Colorado Roadless Areas. The Mount Massive Wilderness is immediately adjacent to the Project area. The Holy Cross Wilderness is immediately adjacent to the Project area. Unroaded areas adjacent to this designated Wilderness are approved for logging; this is in the Halfmoon Creek Treatment Area. The Project area provides habitat for Canada lynx (Lynx Canadensis) ("lynx"), wolverine, and elk. Canada lynx, wolverine and elk all live within the Project area.

8.    <u>My use of area</u>. I have recreated in, camped, and fished in the larger Project

area as well as the 12,000 acres approved for logging. These forests area exceptionally spectacular and beautiful.



This is a picture that I took September 24, 2014 in the Halfmoon Creek Subunit from some vacation time in the project area a couple summers ago. Note my three-legged German Shepherd Dog swimming in Emerald Lake, at about 10,000 feet elevation. I love spending time in this area due to its unlogged condition.



I took this picture on September 22, 2014 while fishing for trout at Emerald Lake. Note my fishing rod; I usually get my daily limit when fishing here. I love fishing in this area not just because there are so many medium trout great for pan frying, but because I also derive great pleasure due to the unlogged condition and aesthetic of the surrounding forests.



This picture and the one below are from a hike with my dog upstream from Turquoise Lake, but still well within the area approved to log. I took them on September 25, 2015. It's gorgeous stump-free wild mixed conifer country.



The two pictures below are close-ups of the forest conditions from the same day hike.





I've consistently observed significant Engelmann spruce, fir, and in spots, patches of aspen and Blue spruce in these parts of the Halfmoon Creek; this is clear in the two pictures above when one notes the shape of the trees as well as the bark. I note this because I believe my personal observations and pictures are in contrast to the description in the Environmental Assessment of this subunit being 'just' lodgepole pine with no potential for (later successional) spruce and fir, which promote higher quality Lynx denning habitat (as well as being aesthetically joyful). The picture below is the final picture of the Halfmoon Creek logging Subunit that I took on September 25, 2014. Halfmoon Creek is the valley that curves up into the high peaks of the Mount Massive Wilderness to which it is adjacent.



.

9.      The group of pictures below were all taken on September 22nd or 23rd, 2014 during a recreational visit inside Proposed Treatment Areas in the Tennessee Pass Subunit.



This monument site is located right on the top of Tennessee Pass. The northern treatment unit boundary is roughly right in the middle of this picture: trees behind the flag are just out of this cutting block, while the trees to the right of the flag are inside the Tennessee Pass Subunit, and are marked on the maps in the Environmental Assessment (e.g. Figure 2.1, page 17) as yellow, denoting they are inside this "Proposed Treatment Area." I'd be more specific had the Forest Service provided better site-specific maps of timber cutting units. Close-up pictures of this memorial to the 10th Mountain Division are below.



The trees behind this World War II monument are mapped as inside "Proposed treatment Areas – Tennessee Pass Subunit." The Engelmann spruce tree in the picture below is located about a 30 second walk behind this World War II monument sign.



10.     The following group of pictures is from an afternoon I spent recreating in the Turquoise Lake basin on September 24, 2014. All pictures show trees and stands of trees approved for clearcutting, commercial thinning, or other tree reduction treatments inside the "Proposed Treatment Areas – Massive Subunit" (Environmental Assessment Figure 2.1, p. 17).



This picture was taken looking approximately north-east from a graveled road on the south-west side of Turquoise Lake. The forests on the left side of the lake are mostly south-facing; it consists mostly of dryer mixed-conifer forests interspersed with clones of seral to persistent aspen (yellow). The forests on the south side of the lake, which are generally north-facing, are significantly more moist, and transition from lodgepole and

mixed conifer to classic pure (Engelmann) spruce-fir. This is typical for such high

elevation interior Rocky Mountain forests, and such forests with a moister component

that supports spruce and fir as climax species are commonly assumed to present as

preferred denning habitat for Lynx. While I know they're living in the general area,

unfortunately, I haven't yet spotted one in this area. Some of this generally more moist

and denser spruce-fir is represented in the two pictures below, which I took while

recreating on September 24th 2014 in this Subunit approved for various salvage clear

cut and commercial thinning logging harvest prescriptions.





I really and very sincerely love and derive significant aesthetic and emotional satisfaction by such later successional spruce-dominated forests that are stump-free and therefore essentially primeval in impression. In the picture below, which I took on the same day, I was conducting an impromptu 'trout assessment.' However, my success rate in Turquoise Lake hasn't approached what I've attained in Emerald Lake.



However, as you can see in the picture below, any afternoon spent fishing on Turquoise

Lake without any solid bites is still a treasure worth its weight in gold.



Most important for me is the awareness and knowledge that this dammed lake is surrounded by a splendid forested region of stump-free and therefore primeval-feeling untrammeled backcountry forests. This would all be ruined at least for my lifetime if this timber sale is to proceed. Finally, please understand that I also find great beauty in and derive great aesthetic pleasure form the more diverse and drier south-facing forests located on the north side of the lake. As you hopefully will see from the four pictures below, which I took on September 24, 2014, these south-facing forests on the north side of the Turquoise Lake cutting area are as visually stunning as they are ecologically important – as evidenced by the more diverse assemblage of tree species with clearly complex mixed and high severity fire regimes (evidenced by abundant and variable

aspen-dominated forest types).



The picture above is looking roughly east to east-north-east. Note the consistent presence of persistent and/or seral pure aspen that is interspersed with dryer lodgepole pine, Douglas-fir and dry mixed conifer type forests.







In these final two pictures, also taken on September 24, 2014, I wish you to note some of the understory tree species, which are also present in some stands as co-dominant trees. Specifically, I note that there is clear presence of Douglas-fir (Pseudotsuga menziesii var. glauca) in the close-up as evidenced by the brown papery tufts coming out of the cones, and the true fir (Abies) advanced regen next to my dog Zuni in the final picture.



11.     I have recreated within the Tennessee Creek project area as recently as
the fall of 2014. On that trip, from September 22 through September 25, 2014, I visited
numerous sites within the project area for the purposes of hiking, camping, fishing,
photography, and spiritual enrichment. On this trip, I hoped to view wildlife in the
Tennessee Creek project area, including lynx, wolverine, and elk, however I was
unsuccessful, but only with the bigger predators. In fact, on my regular trips to hike,
camp, and fish, I am on the lookout for wildlife such as lynx, wolverine, and elk. I always
venture into the woods with my camera so that should I encounter such wildlife, I can
document it for my own personal enjoyment, and to further the knowledge of wildlife

biologists who work in the areas on which I recreate.

12. I have an aesthetic, recreational, scientific, artistic, and spiritual interest in the forests, waterbodies, and wildlife (including Canada lynx, wolverine, and elk) within the Tennessee Creek project area. The design, authorization, and implementation of the project by the Forest Service has harmed, and will continue to harm, my interests in these features of the Tennessee Creek project area, and therefore has caused me injury. In particular, the recognized harms that would result from the full implementation of this project, including the significant degradation of lynx habitat for up to 150 years, has significantly harmed my interests in the project area and in the wildlife that live and travel through the project area. The relief requested in this litigation would redress and/or alleviate these injuries.

13. I have an interest in ensuring that federal agencies comply with federal law. I believe that the Forest Service has violated the National Environmental Policy Act in designing, authorizing, and implementing the Tennessee Creek project. These actions by the Forest Service have caused me procedural injury. In particular, I am very concerned that through the design, authorization, and implementation of the project, the Forest Service has refused to disclose specifically where it intends to log within the project area, and what types of treatments it will utilize in each logging unit within the Tennessee Creek project area. The refusal to provide this information to the public before authorizing the project deprived the public of the opportunity to provide comments on the site-specific impacts of the logging prescriptions in specific locations on the Forest and deprived the public of the ability to ground-truth the project. Essentially, the Forest Service asks for approval to log anywhere within the project area

and to trust it that it will be responsible in designing and implementing the timber sales that are authorized by the Tennessee Creek project. But as already stated, this deprives the public of crucial information to be able to competently comment on the project, and deprives the decision-maker of essential relevant information. These procedural injuries significantly harm me and my interests, as well as WildEarth Guardians' interests in the Tennessee Creek project area and the wildlife found within it. These procedural injuries could be redressed and/or alleviated by a favorable decision from the Court granting the relief requested in this lawsuit.

14.     I have specific plans to return to recreate again and attempt to observe wildlife such as Canada lynx, wolverine, and elk within the Tennessee Creek project area, including in portions of what I imagine will be the cutting units approved for logging across the project area.  I have plans to return to the Tennessee Creek project area in the summer of 2016 on an annual vacation, and I intend to continue to do so each summer into the future. I am significantly saddened, hurt, and indeed harmed by the fact that all of these forests and slopes (including those surrounding the lake) from which I derive significant aesthetic and emotional pleasure are within the project area and may be approved for logging.  Such experiences enjoying these beautiful areas within the project area will not be possible once logged. If that happens, I will not have opportunity to experience the same in my lifetime.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of November 2015

_____

Kevin Mueller